

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2021

No. 04-21-00234-CV

**IN THE INTEREST OF S.J.Z. AND L.C.Z., CHILDREN,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01562
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on July 12, 2021. On July 8, 2021, appellant filed a motion requesting an extension of time to file his brief.

The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

Appellant's motion is GRANTED IN PART. It is ORDERED that appellant's brief must be filed no later than July 26, 2021. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court